UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1052   CDP |
| | ) | |
| 2003 BMW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER AND MEMORANDUM

A representative of the news media has requested a copy of the search warrant, including the application and affidavit in support and return, that is referenced in paragraph 8(d) on page 3 of the Verified Complaint of Forfeiture. The complaint alleges that this was a federal search warrant executed in this district, so the warrant must have been issued from this Court. I assume that the warrant and supporting documents have been filed under seal in the Clerk's office. Assuming that the warrant was issued from this district, it is a public record of this Court that must be released unless the continuation of the seal is necessitated by a compelling government interest and there is no less restrictive alternative. See In re Search Warrant (McDonnell Douglas), 855 F.2d 569 (8th Cir. 1988).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff United States must show cause,

in writing, no later than **July 5, 2007** why the search warrant referred to in the complaint and its supporting materials should not be unsealed. The government must include in its response the docket number of the warrant.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2007.